AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __PENNSYLVANIA__

UNITED STATES OF AMERICA
V.

LIFE SUPPORT CORPORATION

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: DPAE2:14CR000319-004

Mark D. Schaffer, Esquire
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

X  pleaded guilty to count(s)   ONE

☐  pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐  was found guilty on count(s) _____
   after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1349 | Conspiracy to commit healthcare fraud | 12/31/2012 | 1 |

The defendant organization is sentenced as provided in pages 2 through __4__ of this judgment.

☐  The defendant organization has been found not guilty on count(s) _____

X  Count(s)  2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12    ☐ is   X are   dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:  27-2503911

Defendant Organization's Principal Business Address:

2284 Sand Trap Road

Jamison, PA 18929

February 26, 2015
Date of Imposition of Judgment

_____
Signature of Judge

Nitza I. Quiñones Alejandro, J., U.S.D.C., Eastern District of PA
Name and Title of Judge

FEB. 27, 2015
Date

Defendant Organization's Mailing Address:

2284 Sand Trap Road

Jamison, PA 18929

Copies - Counsel
         Defendant
         Probation
         Pretrial
         Marshal
         Fiscal

Speedy Trial
FLU

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

Judgment—Page  2  of  4

DEFENDANT ORGANIZATION:   LIFE SUPPORT CORPORATION
CASE NUMBER:    DPAE2:14CR000319-004    EASTERN DISTRICT OF PENNSYLVANIA

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :

**On count one of the indictment he defendant organization is sentenced to PROBATION for a term of ONE YEAR.**

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

### ADDITIONAL CONDITIONS:

The U.S. Probation Office shall have full and complete access to any and all requested financial information of the defendant corporation. If the U.S. Probation Office believes that the defendant corporation is not acting in good faith regarding the payment of restitution, the Court shall be notified, and appropriate action shall be taken.
It is further ordered that the defendant corporation shall pay restitution in the amount of $1,192,526.32 to Medicare and $150,938.78 to Highmark, Inc,. for a total restitution amount of $2,063,465.10, which shall be due immediately. The Court will waive the interest requirement in this case. The Court finds that the defendant does not have the ability to pay a fine. The Court will waive the fine in this case. It is further ordered that the defendant shall pay to the United States a total special assessment of $400, which shall be due immediately.

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
        Sheet 3 — Criminal Monetary Penalties

Judgment — Page  3  of  4

DEFENDANT ORGANIZATION:    LIFE SUPPORT CORPORATION
CASE NUMBER:    DPAE2:14CR000319-004    EASTERN DISTRICT OF PENNSYLVANIA

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ | $ 2,063,465.10 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Medicare, CMS, Division of Accounting Operations P.O. Box 7520 Baltimore, MD 21207-0520 | $1,912,526.32 | $1,912,526.32 | |
| Highmark, Inc. Financial Investigations and Provider Review 1800 Center Street, 1A L3 Camp Hill, PA 17011 | $150,938.78 | $150,938.78 | |

Payments should be made payable to:
**Clerk, U.S. District Court**
for distribution.

| **TOTALS** | $ $2,063,465.10 | $ $2,063,465.10 | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   X  the interest requirement is waived for the    ☐ fine    X restitution.

   ☐  the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 4 — Schedule of Payments

Judgment — Page 4 of 4

DEFENDANT ORGANIZATION: LIFE SUPPORT CORPORATION
CASE NUMBER: DPAE2:14CR000319-004  EASTERN DISTRICT OF PENNSYLVANIA

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C or ☐ D below; or

B ☐ Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D X Special instructions regarding the payment of criminal monetary penalties:
    **PAYMENTS FOR THE SPECIAL ASSESSMENT AND RESTITUTION ARE DUE IMMEDIATELY.**

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

X Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    Nazairy Kmet,   CR 14-319, 01
    Bogdan Kmet,   CR 14-319-02
    Rostislav Kmet,  CR 14-319-03

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.